**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2074

MICHAEL OSEI,

Plaintiff - Appellant,

v.

UNIVERSITY OF MARYLAND UNIVERSITY COLLEGE ("UMUC"); THE OFFICE OF FINANCIAL AID, UMUC; JAVIER MIYARES; JULIE LINDENMEIER; CLAIRBOURNE W. PATTY; TERRENCE COOPER; LYNETTE O'LEARY,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:15-cv-02502-DKC)

Submitted: August 15, 2017                    Decided: February 6, 2018

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Vacated and remanded by unpublished per curiam opinion.

Michael Osei, Appellant Pro Se. Christopher Bowie Lord, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Osei appeals the district court's order dismissing his civil complaint against the University of Maryland University College and certain employees of the university. Osei requested leave to amend his complaint in his opposition to Defendants' motion to dismiss, but the court did not consider that request in its order dismissing the complaint. Accordingly, we vacate the district court's judgment and remand to allow the court to decide whether leave to amend should be granted. We deny Osei's motions for assignment of counsel and for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*